## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Lamar Ferguson,** | Case No. 17-cv-01110 (PJS/TNL) |
| **Plaintiff,** | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **Robert Thunder, in his individual capacity, Tou Thao, in his individual capacity, and the City of Minneapolis,** | |
| **Defendants.** | |

The parties, by and through their undersigned counsel, stipulate that all claims shall be dismissed with prejudice and without costs to either party.

| | |
|---|---|
| Dated: February 20, 2018 | Dated: February 20, 2018<br>SUSAN L. SEGAL<br>City Attorney<br>By: /s/Ivan Ludmer |
| By /s/Seth Leventhal<br>Seth Leventhal, Minn. Bar # 263357<br>LEVENTHAL pllc<br>527 Marquette Avenue South, # 2100<br>Minneapolis, MN 55402-1273<br>Telephone No.: (612) 234-7349<br>Email: seth@leventhalpllc.com | _____<br>Tracey N. Fussy (#0311807)<br>Ivan Ludmer (#0389498)<br>Assistant City Attorneys<br>350 South 5th Street, Room 210<br>Minneapolis, MN  55415<br>(612) 673-2183<br>tracey.fussy@minneapolismn.gov<br>ivan.ludmer@minneapolismn.gov<br><br>*Attorneys for Defendants* |
| Patrick R. Burns, MN Bar # 0334054<br>Burns Law Firm PLLC<br>1624 Harmon Place, Suite 300<br>Minneapolis, MN 55403<br>Email: Patrick@burns-law.mn<br>Telephone: 612-877-6400<br><br>*Counsel for Plaintiff* | |