UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LAMAR FERGUSON, | Case No. 17-CV-1110 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| ROBERT THUNDER, et al., | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on February 20, 2018 [ECF No. 20],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: February 21, 2018            s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Judge